RODNEY MCLEOD VS. SLOOP *Triton*, 1750

That Abraham Borden comes into Court and make the following plea in behalf of the Respondents That the within Mentioned Borden — Wanton — Cornell and tucker were not at that time sole Owners of said sloop, and therefore think the [libel] ought not to take place

A^m Borden

COLONY OF RHODE ISLAND ETC.    At a Court of Vice Admiralty held at Newport In the Colony aforesaid on Saturday the Eighteenth of Aug^st A. D. 1750.

Present the Honorable Sam^ll Wickham Esq. Dy. Judge The Court being opened.

LIBEL ROD: M^c LEOD VS. OWNERS OF SLOOP *Tryton*

Being read. and Plea. Capt^n George Buckmaster was sworn. And the Court was adjourned untill further notice.

Having heard and fully Consider'd the within libel with the Plea of the Respondents and all the Allegations and proofs on both Sides, it Appears to me that the respondents were at the time Specified in s^d Libel owners of Thirteen Sixteenths of the s^d Sloop Triton and therefore Subject to the payment of that proportion of the wages libell'd for which I find to be Justly due to the s^d Roderick McLeod.

It is therefore Consider'd and Decreed that he the s^d Roderick McLeod have and recover of the s^d Abraham Borden Gideon Cornell Gideon Wanton Jun^r and Benjamin Tucker: Eleven Pounds fourteen Shillings in Bills of Credit of the old Tenour. being their proportion as Afore s^d and that they the s^d Respondents pay the Cost of this Court.

Wickham

[Admiralty Papers, VII, 145]